# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00159-CV

## In re David O'Connor

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator David O'Connor has filed a petition for writ of mandamus and a motion for emergency stay. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay the portion of the trial court's order concerning the award of attorney's fees pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before April 19, 2021.

It is ordered on April 9, 2021.

Before Justices Goodwin, Triana, and Kelly